**Robert Emerson LAMB, Plaintiff—Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant—Appellee.**

No. 07–2150.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 3, 2008.

Robert Emerson Lamb, Appellant Pro Se. George Maralan Kelley, III, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Emerson Lamb appeals the district court's order dismissing his civil complaint for lack of jurisdiction because he failed to exhaust the required administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *Lamb v. Astrue*, No. 4:07–cv–00021–RBS (E.D.Va. Oct. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* To the extent we may properly consider Lamb's constitutional challenge to the statutory and regulatory provisions setting a limit on

---

insured status for disability insurance claimants, we find the claim meritless.